**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6509**

―――――――――

KIP MCKENZIE DICKENS,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-99-379-AM)

―――――――――

Submitted:  September 26, 2000          Decided:  October 25, 2000

―――――――――

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Kip McKenzie Dickens, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kip McKenzie Dickens seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Dickens v. Angelone, No. CA-99-379-AM (E.D. Va. Mar. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court relied in part upon Green v. French, 143 F.3d 865 (4th Cir. 1998), cert. denied, 523 U.S. 1090 (1999), in its denial of Dickens' § 2254 petition, the denial of relief was also correct under the standards announced in Williams v. Taylor, 120 S.Ct. 1495, 1523 (2000).

2